UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No. 2: 22-cv-01300-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| BAGGA GRANDSONS INC., et al., | |
| Defendants. | |

On August 11, 2023, the magistrate judge filed findings and recommendations, which were served on the parties on August 14, 2023, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days of service. That period having passed, plaintiff has not objected to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 13) are adopted in full;
2. Plaintiff's motion for default judgment (ECF No. 10-1) is GRANTED;
3. Judgment is entered in plaintiff's favor and against defendants;
4. Plaintiff is awarded statutory damages in the amount of $4,000.00;
5. Plaintiff is awarded attorneys' fees and costs in the amount of $3,850.87;
6. Plaintiff is granted an injunction requiring defendant to provide a properly configured and identified accessible parking stall and adjacent access aisle that is less narrow and van accessible at the property known as Stop & Shop Food Market, located at 6007 Dry Creek Road in Rio Linda, California, in compliance with the accessibility requirements of the Americans with Disabilities Act and California Code of Regulations, Title 24; and
7. The Clerk of Court is directed to vacate all dates and close this case.

DATED: September 25, 2023.

CHIEF UNITED STATES DISTRICT JUDGE